**IN THE UNITED STATES DISTRICT COURT FOR THE**
**WESTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| TRACI G. SMITH, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| -vs- | ) | Case No. CIV-17-0443-SM |
| | ) | |
| COMMISSIONER OF SOCIAL | ) | |
| SECURITY ADMINISTRATION, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

Upon review, and with no objection having been filed, the Report and Recommendation of Magistrate Judge Suzanne Mitchell (the Report, doc. no. 3) is **ACCEPTED**, **ADOPTED** and **AFFIRMED** in all respects.  In accordance with the Report, plaintiff's application to proceed in district court without prepaying fees or costs (doc. no. 2) is **DENIED IN PART AND GRANTED IN PART**, as follows. Plaintiff is required to pay the filing fee, but plaintiff may pay the fee in monthly payments.  The first $100.00 payment is **DUE** by June 1, 2017; thereafter, plaintiff shall pay $25.00 on or before the first day of each month until the full filing fee has been received by the court.  As stated in the Report, the court shall not issue process until at least $100.00 has been paid toward the filing fees in this matter.

IT IS SO ORDERED this 8th day of May, 2017.

STEPHEN P. FRIOT
UNITED STATES DISTRICT JUDGE

17-0443p001.docx